IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 18-61582-CIV-HUNT
CONSENT CASE

KAYLA FOX, on her own behalf
and others similarly situated,
                Plaintiff,

                                                        COLLECTIVE ACTION

vs.

YUZU KAITEN SUSHI LLC,
a Florida Limited Liability Company, and
XUEMIN LI, an individual.,

                Defendants.
_____/

**ORDER ON PARTIES' JOINT MOTION FOR APPROVAL OF PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

This matter came before the Court on Parties' Joint Motion for Approval of Parties' Confidential Settlement Agreement and Dismissal with Prejudice (D.E. 31). This Court, having reviewed the file, considered the Motion, reviewed the Settlement Agreement, considered statements of counsel at a fairness hearing conducted on April 4, 2019, and being otherwise fully advised, it is hereby ORDERED AND ADJUDGED that:

    1.    This case was brought by alleged employees against Defendant, which included claims under the Fair Labor Standards Act.

    2.    Plaintiffs and Defendant have reached a compromised settlement agreement between them that resolves all of Plaintiffs' claims.

    3.    Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor.

2

4. This Court, having conducted a review of the Settlement Agreement, and having conducted a fairness hearing on April 4, 2019, approves the settlement of the claims made in this lawsuit, which includes the claims for attorney's fees and costs.

5. This Court retains jurisdiction for five (5) months from the date of this Order to enforce the terms of the Settlement Agreement.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida, this 4th day of April, 2019.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record